UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARTRON CORPORATION,

       Plaintiff,                     Case No. 06-10683

v.                                  District Judge Lawrence P. Zatkoff
                                       Magistrate Judge R. Steven Whalen

SCHUKRA U.S.A., INC.,

       Defendant.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #16], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons and under the terms stated on the record on September 19, 2006, the Motion is GRANTED IN PART AND DENIED IN PART, as follows:[1]

As to Interrogatory #1, the Motion is GRANTED, and Defendants are directed to supplement their response. If supplemented with reference to documents, those documents will be specifically identified by Bates Numbers or otherwise.

---

[1] At the hearing on September 19, 2006, the parties indicated that they had resolved the motion as it related to Interrogatories 2, 10, 14 and 15. In addition, the parties reached agreement on Defendants' Motion to Compel [Docket #19], addressing Defendants' Interrogatory 12 and Document Request 24. The parties were directed to submit a stipulation and proposed order as to these issues.

-1-

As to Interrogatory #7, the Motion is DENIED WITHOUT PREJUDICE.

As to Interrogatory #11, the Motion is DENIED WITHOUT PREJUDICE.

As to Interrogatory #13, the Motion is GRANTED to the extent that Defendants will supplement their answers by specifying, by Bates Numbers or otherwise, which documents are responsive..

As to Interrogatory #16, the Motion is DENIED WITHOUT PREJUDICE.

SO ORDERED.

S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  September 20, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2006.

S/Gina Wilson
Judicial Assistant