UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARTRON CORPORATION,

       Plaintiff,                      Case No.  06-10683

v.                                 District Judge Lawrence P. Zatkoff
                                         Magistrate Judge R. Steven Whalen

SCHUKRA U.S.A., INC.,

       Defendant.

_____/

**ORDER**

Before the Court is Plaintiff's Motion to Compel on its First Sets of Rule 34 Requests [Docket #20].  For the reasons and under the terms stated on the record on October 17, 2006, Plaintiff's Motion is GRANTED as follows:[1]

1. As to all document requests, Defendants shall produce responsive documents within their possession (actual and constructive), control or reasonable ability to obtain.

2. As to any responsive documents that Defendants have already produced, Defendants shall specifically identify said documents by Bates numbers or otherwise.

3. As to Request No. 8, as clarified at the October 17, 2006 hearing, the Motion is GRANTED.

---

[1] This Order pertains to the unresolved discovery matters set forth in the parties' Joint List of Unresolved Issues [Docket #42].

4.  As to Request No. 10, as clarified on the record on October 17, 2006, the Motion is GRANTED.

5.  As to Request Nos. 11 and 12, the Motion is GRANTED under the terms of ¶ 1, *supra*.  The Court recognizes that Defendants have responded that no such documents exist; if that is the case, that answer is obviously responsive.

6.  As to Request No. 38, as clarified on the record on October 17, 2006, the Motion is GRANTED, subject also to ¶ 2, *supra*.

7.  As to Request No. 24, the Motion is GRANTED, subject also to ¶ 2, *supra*.

8.  As to Request No. 36, the Motion is GRANTED.

9.  As to Request No. 65, as clarified and refined on the record on October 17, 2006, the Motion is GRANTED.

10.  All discovery covered by this Order, as well as discovery requests set forth in the Plaintiff's original motion that have been resolved, shall be produced no later than December 1, 2006.

SO ORDERED.

S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  October 18, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 18, 2006.

S/Gina Wilson
Judicial Assistant

-3-