UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARTRON CORPORATION,

       Plaintiff,                    Case No.  06-10683

v.                                    District Judge Lawrence P. Zatkoff
                                        Magistrate Judge R. Steven Whalen

BORG INDAK, INC.,

       Defendant.

_____/

**SUPPLEMENTAL ORDER REGARDING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY [Docket #16]**

On September 20, 2006, this Court entered an order granting in part and denying in part Plaintiff's Motion to Compel Discovery [Docket #16].  In footnote 1 of that Order [Docket #36], the Court stated that "[a]t the hearing on September 19, 2006, the parties indicated that they had resolved the motion as it related to Interrogatories 2, 10, 14 and 15," and that the parties "were directed to submit a stipulation and proposed order as to these issues." Subsequently, Plaintiff filed a "Memorandum to the Court on Discovery Remaining in Issue from the September 19, 2006 Hearing" [Docket #54].  To the Court's great surprise and disappointment, it now appears that these interrogatories have *not* been resolved between the parties.  Therefore, the Court, having read all pleadings and being fully advised, will resolve the matter.

As to Interrogatories 2, 10, 14 and 15, Plaintiff's Motion to Compel [Docket #16] is GRANTED.  Defendant[1] shall supplement answers to said interrogatories, and if either previous or subsequent answers include reference to documents, those documents will be specifically identified by Bates Numbers or otherwise.

      SO ORDERED.

                          S/R.  Steven Whalen
                          R.  STEVEN WHALEN
                          UNITED STATES MAGISTRATE JUDGE

Dated:  January 3, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 3, 2007.

                          S/Gina Wilson
                          Judicial Assistant

---

[1] Defendant Schukra USA, Inc. has been dismissed, leaving Borg Indak, Inc. as the sole Defendant.