UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARTRON CORPORATION,

       Plaintiff,                    Case No.  06-10683

v.                                  District Judge Lawrence P. Zatkoff
                                        Magistrate Judge R. Steven Whalen

BORG INDAK, INC.,

       Defendant.

_____/

**ORDER APPROVING PLAINTIFF'S BILL OF COSTS**

In an Order dated January 23, 2007 [Docket #107], this Court denied Defendant's Motion to Compel [Docket #74], sanctioned Defendant pursuant to Fed.R.Civ.P. 37(a)(4)(B), and ordered Plaintiff's counsel to submit a bill of costs. The Court also permitted Defendant to file objections to the bill of costs within seven days of service thereof. On January 26, 2007, Plaintiff filed and served its bill of costs [Docket #110]. Defendant has not filed objections.

Plaintiff claims seven hours of attorney work at $360 per hour, plus $30.07 for downloading docket sheets from PACER, for use as exhibits, for a total of $2,550.07. Under Rule 37(a)(4)(B), claimed attorney fees and costs must be reasonable. In evaluating a request for fees, the court should multiply a reasonable hourly rate by a reasonable number of hours. *See In re Boddy,* 950 F. 2d 334, 338 (6th Cir. 1991).

-1-

On review of this matter, I find both the hourly rate and the number of hours to be reasonable. I again note that the Defendant has not filed objections to the Plaintiff's bill of costs.

Accordingly, Plaintiff's bill of costs [Docket #110] is approved. Within 14 days of the date of this Order, Defendant's counsel shall remit to Plaintiff's counsel the sum of $2,550.07.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: February 14, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 14, 2007.

S/Gina Wilson
Judicial Assistant