# EXHIBIT 1

# KARIN DAINS

28741 Santa Barbara Drive
Lathrup Village, MI 48076
(248) 569-9703 (phone)
(248) 233-4089 (fax)
(248) 914-0666 (cell)
E-mail: kdains@comcast.net
Certified Court Reporter 4656
Nationally Certified Court Transcriber

NOTICE TO:

DATE: October 16, 2006

**Michael J. Sheehan
Howard & Howard
39400 Woodward Av., Ste. 101
Bloomfield Hills, MI 48304-5151
(248) 723-0376**

Case: Narton v. Schukra, et al.
No.: 06-10683
Date: 09-19-06
At: Detroit/Hon. R. Steven Whalen

The above-entitled hearing has been transcribed for another party in this case. If you wish to receive a certified copy of the transcript, please remit payment as follows and it will be sent to you promptly.

| | |
|---|---|
| Reporting: | $ -0- |
| Transcript: | 39.84 |
| | (48 pages @ $..83/page) |
| Shipping: | 4.05 |
| **TOTAL COST:** | $ 43.89 |

EID: 38-3049903
Office Code: 369(NAR.106)

To ensure receipt of correct transcript, please reference OFFICE CODE 369(NAR.106) on your payment.

Please make check payable to KARIN DAINS and mail to the address indicated above.

```
                    UNITED STATES DISTRICT COURT
 1                  EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
 2

 3  NARTRON CORPORATION,              .   Case No. 06-10683
                                      .
 4          Plaintiff &               .
            Counter-Defendant,        .
                                      .
 5                                    .
            v.                        .   Detroit, Michigan
                                      .   September 19, 2006
 6                                    .
    SCHUKRA U.S.A., INCORPORATED;     .
 7  BORG INDAK, INCORPORATED,         .
                                      .
            Defendants &              .   (Hon. Lawrence P. Zatkoff)
 8          Counter-Claimants.        .

 9  . . . . . . . . . . . . . .

                          MOTION HEARING
10           BEFORE THE HONORABLE R. STEVEN WHALEN
                 UNITED STATES MAGISTRATE JUDGE
11

12  APPEARANCES:

13  For the Plaintiff:        ROBERT C.J. TUTTLE
                              MARK D. CHUEY
                              BROOKS & KUSHMAN
14                            1000 Town Center, 22nd Floor
                              Southfield, MI  48075-9871
15                            (248) 358-4400

16  For the Defendants:       MICHAEL J. SHEEHAN
                              JEFFREY A. SADOWSKI
17                            HOWARD & HOWARD
                              39400 Woodward Avenue, Suite 101
18                            Bloomfield Hills, MI  48304-5151
                              (248) 645-1483
19

20  NOT PRESENT:

21  Court Transcriber:        Karin Dains, CSMR/CER 4656
                              28741 Santa Barbara Drive
                              Lathrup Village, MI  48076
22                            (248) 569-9703

23

24  Proceedings recorded by electronic sound recording; transcript
    produced by transcription service.
25
```