# EXHIBIT 2

HALMA-JILEK REPORTING, INC
207 EAST MICHIGAN STREET
SUITE 404
MILWAUKEE, WI 53202
(414) 271-4466  Fax (414) 271-0106

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 99118 | 12/18/2006 | 01-52092 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/21/2006 | PETEKI | 2:06-CV-10683 |

| CASE CAPTION |
|---|
| NARTRON CORP. VS. SCHUKRA |

| TERMS |
|---|
| Net 30 |

MR. JEFFREY A. SADOWSKI
HOWARD & HOWARD, P.C.
39400 WOODWARD AVENUE
SUITE 101
BLOOMFIELD HILLS, MI 48304-5151

```
COPY (COMPRESSED ONLY)
    LARRY KRUEGER                    179 Pages           402.75
        EXHIBITS                     183 Pages            45.75
        COURIER/HANDLING CHARGES                          15.00
        E-TRANSCRIPT CHARGE                               20.00
        POSTAGE                                            9.75

                          TOTAL   DUE   >>>>             493.25
```

NET 30 DAYS 1.5% INTEREST PER MONTH
DO NOT STAPLE
VISIT OUR WEB SITE   WWW.HALMAJILEK.COM

TAX ID NO.: 39-1592529                                  (248) 645-1483    Fax (248) 645-1568

*Please detach bottom portion and return with payment.*

MR. JEFFREY A. SADOWSKI
HOWARD & HOWARD, P.C.
39400 WOODWARD AVENUE
SUITE 101
BLOOMFIELD HILLS, MI 48304-5151

Invoice No.: 99118
Date        : 12/18/2006
TOTAL DUE   :     493.25

Job No.   : 01-52092
Case No.  : 2:06-CV-10683
NARTRON CORP. VS. SCHUKRA

Remit To:  HALMA-JILEK REPORTING, INC
           207 EAST MICHIGAN STREET
           SUITE 404
           MILWAUKEE, WI 53202

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - -

NARTRON CORPORATION,

                  Plaintiff,

v.                                Case No. 2:06-CV-10683

SCHUKRA U.S.A., INC., and
BORG INDAK, INC.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - -

ORIGINAL TRANSCRIPT

                Deposition of LARRY KRUEGER, taken at the instance of the Plaintiff, under and pursuant to the applicable rules of the State of Michigan, and the acts amendatory thereof and supplementary thereto, before me, KIM M. PETERSON, CM, Registered Professional Reporter and Notary Public in and for the State of Wisconsin, at the Four Points Sheraton, 4747 South Howell Avenue, Milwaukee, Wisconsin, on the 21st day of November, 2006, commencing at 8 o'clock in the forenoon.

HALMA-JILEK REPORTING, INC. (414) 271-4466

EXHIBIT I