# EXHIBIT 3

# Hanson/Renaissance

Court Reporting & Video
400 Renaissance Center, Ste 2160
Detroit, MI 48243-1608
Phone: (313) 567-8100  Fax: (313) 567-4362

Job #: 061005LJS
Job Date: 10/05/2006
Order Date: 10/05/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 314170
Inv.Date: 10/12/2006
Balance: $0.00

**Bill To:**
Mr. Jeffrey S. Sadowski
Howard & Howard
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Action: Nartron Corporation
vs
Schukra USA, Inc.
Action #: 206 10683
Rep: LJS
Cert: 3707

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc Amt | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Joseph Benson, Jr. | One Copy of Transcript via Email | Pages | 142 | $2.10 | $0.00 | $298.20 |
| 2 | | Exhibits via Email | Pages | 174 | $0.50 | $0.00 | $87.00 |

Comments:
Thank You. Detroit Videoconferencing. Visa/MasterCard Accepted

Federal Tax I.D.: 38-2436945

Terms: After 45 Days 1.5% Penalty per month

| | |
|---|---|
| Sub Total | $385.20 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$385.20** |
| Payment | $385.20 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Mr. Jeffrey S. Sadowski
Howard & Howard
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Invoice**

Deliver To:
Mr. Jeffrey S. Sadowski
Howard & Howard
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Hanson/Renaissance
Court Reporting & Video
400 Renaissance Center, Ste 2160
Detroit, MI 48243-1608

Phone: (313) 567-8100
Fax: (313) 567-4362

Invoice #: 314170
Inv.Date: 10/12/2006
Balance: $0.00
Job #: 061005LJS
Job Date: 10/05/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Page 12

1  we had worked with Nartron once before on the aircraft
2  module, and we had successfully completed that with
3  them. So we knew they had the capability to do the
4  emissions, the radiant emissions work. The supplier
5  we had been working with, because of the time, the
6  short time required, dropped out of the program.
7       Q.   May I interrupt you. Was that
8  Therm-O-Disc?
9       A.   That was Therm-O-Disc.
10      Q.   When would you place that in time?
11      A.   That was in August, and I'm -- '97, I
12 think, is the date, from the discussion here. But in
13 August of that year Delphi called and said if we could
14 have production ready parts passing test in November,
15 we had the program. At that time I contacted
16 Therm-O-Disc, told them the requirements, they had
17 done a very good job up to that point, but they
18 absolutely refused to take on that time constraint.
19      Q.   May I interrupt you? Was this a very much
20 time compressed program at that point?
21      A.   Extremely.
22      Q.   All right. And then --
23      A.   Everything we had done to that point was
24 prototype build. It was to all the requirements, but
25 no tooling.