# EXHIBIT 4

# Bienenstock
### COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

**Invoice**

| | |
|---|---|
| Job #: | 061207LMP |
| Job Date: | 12/07/2006 |
| Order Date: | 12/07/2006 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |
| Invoice #: | 329560 |
| Inv.Date: | 12/28/2006 |
| Balance: | $0.00 |

**Bill To:**
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Action:** Nartron Corporation
vs
Borg Indak, Inc.
**Action #:** 2:06-cv-10683
**Rep:** Leisa M. Pastor
**Cert:** 3500

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $100.00 |
| 2 | Todd Robert Michael Newman | Orig. & 1 Copy incl. e-trans | Pages | 88 | $282.80 |
| 3 | | Delivery | Item | 1.00 | $9.75 |

**Comments:**

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $392.55 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $392.55 |
| Payment | $392.55 |
| Balance Due | $0.00 |

Federal Tax I.D.: 38-3231100     Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Deliver To:**
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Invoice**

Invoice #: 329560
Inv.Date: 12/28/2006
Balance: $0.00
Job #: 061207LMP
Job Date: 12/07/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Bienenstock
### COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Page 9

```
 1           on, the direct customer was Schukra.
 2    Q.     And then when you say ultimate (sic) customer, do you
 3           remember who the ultimate customer would be?
 4    A.     Specifically, I remember working with General Motors.
 5    Q.     And the ultimate customer would be the vehicle
 6           manufactured that the seat was put into, correct?
 7    A.     They would be yes, the end customer.
 8    Q.     Now, the next element is a motor control including at
 9           least one actuator for actuating the motor and the
10           adjustor.  You didn't have anything to do with that
11           element, did you?
12    A.     The motor controller, I would say no.
13    Q.     And then the third element there, a massage control
14           module including an intercept interface for receiving
15           an output from said at least one actuator, a driver's
16           circuit for signaling the motor to repeatedly adjust
17           said lumbar support as an enhanced movement, and a
18           transparency simulator for maintaining original
19           movement and inducing said enhanced movement of the
20           lumbar support.  Did you have involvement in that
21           element of the claim?
22    A.     Yes.
23    Q.     How do you define transparency simulator?
24                    MR. CHUEY:  Objection, calls for a legal
25           conclusion.
```