# EXHIBIT 6

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 070110LMP
Job Date: 01/10/2007
Order Date: 01/10/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 331030
Inv.Date: 01/17/2007
Balance: $0.00

Bill To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Action: Nartron Corporation
vs
Borg Indak, Inc.
Action #: 2:06-cv-10683
Rep: Leisa M. Pastor
Cert: 3500

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 |  | Attendance |  | 1.00 | $70.00 |
| 2 | David Shank | Orig. & 1 Copy incl e-trans | Pages | 72 | $233.20 |
| 3 |  | Delivery | Item | 1.00 | $9.75 |

Comments:

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $312.95 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $312.95 |
| Payment | $312.95 |
| Balance Due | $0.00 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Deliver To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Invoice**

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Invoice #: 331030
Inv.Date: 01/17/2007
Balance: $0.00
Job #: 070110LMP
Job Date: 01/10/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

DAVID SHANK
January 10, 2007

Page 16

1  Q.  Could you turn to Exhibit 1 where it has column 4 at
2      the top? And if you could go down to the line numbers
3      are in the middle, down the middle of the page; do you
4      see that?
5  A.  Mm-hmm, yes.
6  Q.  If you start at line 25, where it says in the
7      preferred embodiment, are you with me there?
8  A.  Yes.
9  Q.  And it says in the preferred embodiment, a first
10     motor, 24, controls the movement mechanism, 26, for
11     displacement of the lumbar support, 32, upwardly and
12     downwardly through the seat back. A second motor, 28,
13     controls the lumbar support extender, 30, and it
14     governs the degree to which the lumbar support extends
15     outwardly from the seat back towards a spinal
16     curvature in the occupant, period. Both mechanisms,
17     26 and 30, affect the position of the lumbar support,
18     32, of the seat mechanism, 16; do you see that?
19 A.  Yes.
20 Q.  Was that in any way part of your contribution to the
21     invention alleged in this Exhibit 1?
22 A.  My part, no.
23 Q.  Do you recall whose part the quoted language I just
24     quoted was contributed by?
25 A.  No.