# EXHIBIT 7



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 061212LMP
Job Date: 12/12/2006
Order Date: 12/12/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 329739
Inv.Date: 01/02/2007
Balance: $504.35

Bill To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Action: Nartron Corporation
vs
Borg Indak, Inc.
Action #: 2:06-cv-10683
Rep: Leisa M. Pastor
Cert: 3500

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $125.00 |
| 2 | Norman Rautiola | Orig. & 1 Copy incl. e-trans | Pages | 116 | $369.60 |
| 3 | | Delivery | Item | 1.00 | $9.75 |

OK
JAS
6P003-3P

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $504.35 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$504.35** |
| Payment | $0.00 |
| **Balance Due** | **$504.35** |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Deliver To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Invoice**

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Sent to
Acct
1/3/07

Invoice #: 329739
Inv.Date: 01/02/2007
Balance: $504.35
Job #: 061212LMP
Job Date: 12/12/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# NARTRON CORPORATION v. BORG INDAK, INC.

## NORMAN RAUTIOLA

December 12, 2006

*Prepared for you by*



BIENENSTOCK
COURT REPORTING & VIDEO

Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

PHONE: 248.644.8888   FAX: 248.644.1120

www.bienenstock.com