# EXHIBIT 8

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 070131CLP
Job Date: 01/31/2007
Order Date: 01/31/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 334487
Inv.Date: 02/16/2007
Balance: $0.00

Bill To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Action: Nartron Corporation
vs
Schukra U.S.A., Inc., et al
Action #: 2:06-cv-10683
Rep: Cheri L. Poplin
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $50.00 |
| 2 | Attorney Conference | Orig. & 1 Copy Expedited | Pages | 35 | $280.00 |
| 3 | | Delivery | Item | 1.00 | $9.75 |

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

Sub Total: $339.75
Shipping: $0.00
Tax: N/A
Total Invoice: $339.75
Payment: $339.75
Balance Due: $0.00

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

Bill To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Deliver To:
Mr. Jeffrey A. Sadowski
Howard & Howard, P. C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Invoice**

BIENENSTOCK
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Invoice #: 334487
Inv.Date: 02/16/2007
Balance: $0.00
Job #: 070131CLP
Job Date: 01/31/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

ATTORNEY CONFERENCE
January 31, 2007

```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
 2                FOR THE EASTERN DISTRICT OF MICHIGAN
 3                          SOUTHERN DIVISION
 4
 5   NARTRON CORPORATION,
 6              Plaintiff,
 7       vs.                        Case No. 2:06-CV-10683
 8                                  Hon. Lawrence P. Zatkoff
 9   SCHUKRA U.S.A., INC.,
10   and BORG INDAK, INC.,
11              Defendants.
12   _____
13
14
15   The Attorney Conference in the Above Matter,
16   Taken at 1000 Town Center, 22nd Floor,
17   Southfield, Michigan,
18   Commencing at 3:55 p.m.,
19   Wednesday, January 31, 2007,
20   Before Cheri L. Poplin, CSR-5132, RPR, CRR.
21
22
23
24
25
```