# EXHIBIT 9

# Hanson/Renaissance
**Court Reporting & Video**
400 Renaissance Center, Ste 2160
Detroit, MI 48243-1608
Phone: (313) 567-8100    Fax: (313) 567-4362

Job #: 070111RMF
Job Date: 01/11/2007
Order Date: 01/11/2007
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 317239
Inv.Date: 01/24/2007
Balance: $68.35

**Bill To:**
Mr. Jeffrey S. Sadowski
Howard & Howard
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Action: **Nartron Corporation**
vs
**Borg**
Action #: 206 10683
Rep: RMF
Cert: 3612,RMR,R

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kevin Cherry | One Copy of Transcript | Pages | 21 | $2.10 | $44.10 |
| 2 | | E-Mailed Transcript | | 1.00 | $10.00 | $10.00 |
| 3 | | Condensed Transcript | 1 | 1.00 | $10.00 | $10.00 |
| 4 | | Exhibit(s) | Pages | 7 | $0.25 | $1.75 |
| 5 | | United Parcel Service - Ground | Package | 1.00 | $2.50 | $2.50 |

**Comments:**
DISCOVERY CONFERENCE ONE AND TWO SENT TO THE ATTENTION OF MICHAEL SHEEHAN AND KEVIN CHERRY DEPOSITION SENT TO THE ATTENTION OF JEFFREY SADOWSKI BUT TOGETHER IN ONE PACKAGE (DELIVERY CHARGE WAS SPLIT BETWEEN ATTORNEYS).

Thank You.Detroit Videoconferencing.Visa/MasterCard Accepted

Federal Tax I.D.: 38-2436945

Terms: After 45 Days 1.5% Penalty per month

| | |
|---|---|
| Sub Total | $68.35 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$68.35** |
| Payment | $0.00 |
| **Balance Due** | **$68.35** |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Jeffrey S. Sadowski
Howard & Howard
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

**Deliver To:**
Mr. Jeffrey S. Sadowski
Howard & Howard
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

# Invoice

Hanson/Renaissance
**Court Reporting & Video**
400 Renaissance Center, Ste 2160
Detroit, MI 48243-1608

Phone: (313) 567-8100
Fax: (313) 567-4362

OK
JRS
6800³
3⁷

Invoice #: 317239
Inv.Date: 01/24/2007
Balance: $68.35
Job #: 070111RMF
Job Date: 01/11/2007
DB Ref.#:
Date of Loss:  / /
Your File #:

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF MICHIGAN

3                SOUTHERN DIVISION

4

5   NARTRON CORPORATION,

6            Plaintiff,

7       -vs-                          No. 06-10683

8                                     Hon. Lawrence P. Zatkoff

9   BORG INDAK, INC.,

10           Defendant.

11   _____/

12

13   PAGE 1 - 21

14

15       The Deposition of KEVIN JOHN CHERRY,

16       Taken at 1000 Town Center, 22nd Floor,

17       Southfield, Michigan,

18       Commencing at 6:30 p.m.,

19       Thursday, January 11, 2007,

20       Before Rhonda M. Foster, RMR, RPR, CSR-3612.

21

22

23

24

25