# EXHIBIT 10

HALMA-JILEK REPORTING, INC
207 EAST MICHIGAN STREET
SUITE 404
MILWAUKEE, WI 53202
(414) 271-4466   Fax (414) 271-0106

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 99394 | 01/31/2007 | 01-52412 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/18/2007 | KAPAPH | 2:06-CV-10683 |

**CASE CAPTION**

NARTRON CORP. VS. BORG INDAK, INC.

**TERMS**

Net 30

MR. JEFFREY A. SADOWSKI
HOWARD & HOWARD, P.C.
39400 WOODWARD AVENUE
SUITE 101
BLOOMFIELD HILLS, MI 48304-5151

```
COPY (COMPRESSED ONLY)
    LARRY KRUEGER, VOL. 2            94 Pages           211.50
        EXHIBITS                    140 Pages            35.00
        COURIER/HANDLING CHARGES                         15.00
        E-TRANSCRIPT CHARGE                              20.00
        POSTAGE                                           4.75

                              TOTAL   DUE   >>>>        286.25

NET 30 DAYS 1.5% INTEREST PER MONTH
DO NOT STAPLE
VISIT OUR WEB SITE    WWW.HALMAJILEK.COM
```

TAX ID NO.: 39-1592529                                    (248) 645-1483   Fax (248) 645-1568

*Please detach bottom portion and return with payment.*

MR. JEFFREY A. SADOWSKI
HOWARD & HOWARD, P.C.
39400 WOODWARD AVENUE
SUITE 101
BLOOMFIELD HILLS, MI 48304-5151

Invoice No.: 99394
Date       : 01/31/2007
**TOTAL DUE** :    286.25

Job No.  : 01-52412
Case No. : 2:06-CV-10683
NARTRON CORP. VS. BORG INDAK, INC.

Remit To:  HALMA-JILEK REPORTING, INC
           207 EAST MICHIGAN STREET
           SUITE 404
           MILWAUKEE, WI 53202

Case 2:06-cv-10683-LPZ-RSW    Document 135-11    Filed 03/08/2007    Page 2 of 2

Nartron Corporation vs. Schukra, U.S.A.    1/18/07    Deposition of Larry Krueger

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

---

NARTRON CORPORATION,

    Plaintiff,

-vs-    Case No. 2:06-CV-10683

SCHUKRA U.S.A., INC., and
BORG INDAK, INC.,

    Defendants.

**CONFIDENTIAL**

**ATTORNEYS' EYES ONLY**

---

**VOLUME II**

    DEPOSITION OF LARRY KRUEGER, taken at the instance of the Plaintiff, under and pursuant to the Federal Rules of Civil Procedure and the acts amended, and pursuant to Notice, before me, PHYLLIS M. KAPARIS, Registered Professional Reporter and Notary Public in and for the State of Wisconsin, at Halma-Jilek Reporting, 207 East Michigan Street, Milwaukee, Wisconsin, on the 18th day of January, 2007, commencing at 9:00 in the forenoon.

Page 181