# EXHIBIT 11

# KARIN DAINS

28741 Santa Barbara Drive
Lathrup Village, MI 48076
(248) 569-9703 (phone)
(248) 233-4089 (fax)
(248) 914-0666 (cell)
E-mail: kdains@comcast.net
Certified Court Reporter 4656
Nationally Certified Court Transcriber

BILL TO:  DATE: 01/09/07

Michael J. Sheehan
Howard & Howard
39400 Woodward Av., STe. 101
Bloomfield Hills, MI 48304
(248) 723-0376

Case Name: Nartron v. Schukra, et al.
Case No.: 06-10683
Date(s): 11/28/06 (8 pg.); 12/21/06 (25 pg.)
Location: Detroit/Hon. R. Steven Whalen

| | | |
|---|---|---|
| DAINS | Reporting | $ -0- |
| VOUCHER # 1102 | Transcript(s) | 27.39 |
| 14494 | | (33 pages @ $ .83/pg.) |
| 31.44 | *Shipping/Handling | 4.05 |

ORIGINAL TRANSCRIPT(s): ___     Ordinary/*Expedited*/Overnight
COPY OF TRANSCRIPT(s): X

**TOTAL DUE:**     $ 31.44

EID: 38-3049903
**OFFICE CODE: 371(NAR.126; NAR.17)**

To avoid late fees, payment is due promptly upon receipt of transcript. Please make check payable to **KARIN DAINS** and mail to the address indicated above. Please reference **OFFICE CODE** on your payment.

*THANK YOU!*

OK MJS
68003-3

```
 1                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3  NARTRON CORPORATION,            .   Case No. 06-10683
                                    .
 4          Plaintiff &             .
            Counter-Defendant,      .
 5                                  .
            v.                      .   Detroit, Michigan
 6                                  .   December 21, 2006
    SCHUKRA U.S.A., INCORPORATED,   .
 7  BORG INDAK, INCORPORATED,       .
                                    .
 8          Defendant &             .   (Hon. Lawrence P. Zatkoff)
            Counter-Claimant.       .
 9  . . . . . . . . . . . . . .

10                         MOTION HEARING
              BEFORE THE HONORABLE R. STEVEN WHALEN
11                UNITED STATES MAGISTRATE JUDGE

12  APPEARANCES:

13  For the Plaintiff:          ROBERT C.J. TUTTLE
                                MARK D. CHUEY
14                              BROOKS & KUSHMAN
                                1000 Town Center, 22nd Floor
15                              Southfield, MI  48075-9871
                                (248) 358-4400
16
    For the Defendants:         MICHAEL J. SHEEHAN
17                              HOWARD & HOWARD
                                101 North Main Street, Suite 300
18                              Ann Arbor, MI  48104-1475
                                (734) 222-1097
19
    NOT PRESENT:
20
    Court Transcriber:          Karin Dains, CSMR/CER 4656
21                              28741 Santa Barbara Drive
                                Lathrup Village, MI  48076
22                              (248) 569-9703

23

24  Proceedings recorded by electronic sound recording; transcript
    produced by transcription service.
25
```