# EXHIBIT 12

# BROOKS | KUSHMAN
INTELLECTUAL PROPERTY LAW

Brooks Kushman P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075-1238 USA

Telephone: (248) 358-4400
Fax: (248) 358-3351

www.brookskushman.com

# FAX

| | |
|---|---|
| **To:** | Michael J. Sheehan, Esq. |
| **Company:** | Howard & Howard |
| **Fax No.:** | 248-645-1568 |
| **Phone No.:** | 248-723-0376 |
| **From:** | Robert Tuttle |
| **Date:** | November 22, 2006 |
| **Approx. Time:** | 9:30 AM |
| **File No.:** | Nartron v. Borg Indak |
| **Total Pages (w/cover):** | 2 |

Dear Mr. Sheehan,

Please find enclosed the invoice from C2 Legal for the Nartron documents produced to your office on August 8, 2006.

This is being sent in accordance with your practice of requiring Nartron to pay for copies of documents produced by your office.

Inasmuch as our office has already paid this invoice, and you office has had the documents for 3 ½ months, we ask that Howard & Howard expedite payment.

*[signature]*
Robert Tuttle

*[handwritten: Sent to Acct 12/18/06 — (2]*



# Invoice

**Digital Document Management**

Invoice Number: 0077316-IN
Invoice Date: 8/7/2006

1250 Kirts Road, STE 200
Troy, MI 48084
(248)269-7616 Phone
(248)2697615 Fax

Sold To:
Brooks Kushman
1000 Towne Center
22 Floor
Southfield, MI 48075

Remit to:
C2 LEGAL of MICHIGAN, LLC
1250 Kirts Blvd.
STE 200
Troy, MI 48084
Fed ID # 74-2842091

| Client Matter # | Confirm To: | Salesperson |
|---|---|---|
| NAR 0199L | Mara | Scott Shell |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Bates Numbering | 3,158.000 | 0.060 | 189.36 |
| Full Service-Medium Litigation | 3,081.000 | 0.150 | 462.15 |
| 11 X 17 Inch Copies | 75.000 | 0.300 | 22.50 |

*Inv Pd 9/22/06 ck# 131422*

*OK - MJS*
*# 68003-37*

| Signature: | Date: | To pay by credit card please fill in and fax to 248 269 761 | | |
|---|---|---|---|---|
| | | Card #: | | |
| | | Expires on: | Card Type: | |

Net Invoice: 674.01
Less Discount: 0.00
Freight: 0.00
Sales Tax: 40.44
Invoice Total: 714.45

8/17/06

Digital Imaging & Coding  Electronic Data Discovery  Litigation Copying  National Accounts  On-Site Staffing
Chicago  Dallas  Detroit  Houston  New York City  Troy
www.c2legal.com