# EXHIBIT 13

# Legal
## Digital Document Management

**1250 Kirts Road, STE 200**
**Troy, MI 48084**
**(248)269-7616 Phone**
**(248)2697615 Fax**

Invoice

Invoice Number: 0080241-IN
Invoice Date: 12/7/2006

*Schubra 68003-2*

**Sold To:**
Howard and Howard
39400 Woodward Ave.
Suite 101
Bloomfield Hills, MI 48304

**Remit to:**
C2 LEGAL of MICHIGAN, LLC
1250 Kirts Blvd.
STE 200
Troy, MI 48084
Fed ID # 74-2842091

| Client Matter # | Confirm To: | Salesperson |
|---|---|---|
| 68003-002 | Lori | Matt Weber |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Bates Num(010205-D-011269) | 1,065.000 | 0.060 | 63.90 |
| Full Service-Heavy Litigation | 1,065.000 | 0.180 | 191.70 |

VND# 10136
VOUCHER # 165402
GL# 1102
AMT# 270.94
A/P

**To pay by credit card please fill in and fax to 248 269 761**

Card #:
Expires on:      Card Type:

Signature:       Date:

| | |
|---|---|
| Net Invoice: | 255.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 15.34 |
| Invoice Total: | 270.94 |

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Detroit   Houston   New York City   Troy
www.c2legal.com