# EXHIBIT 14



# Legal
### Digital Document Management

1250 Kirts Road, STE 200
Troy, MI 48084
(248)269-7616 Phone
(248)2697615 Fax

COPYCORPS

Invoice

**PAST DUE**

Invoice Number: 0080420-IN
Invoice Date: 12/13/2006

Sold To:
Howard and Howard
39400 Woodward Ave.
Suite 101
Bloomfield Hills, MI 48304

Remit to:
C2 LEGAL of MICHIGAN, LLC
1250 Kirts Blvd.
STE 200
Troy, MI 48084
Fed ID # 74-2842091

| Client Matter # | Confirm To: | | Salesperson |
|---|---|---|---|
| 68003-002 | Lori | | Matt Weber |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Full Service-Medium Litigation | 1,065.000 | 0.150 | 159.75 |

VND# 10136
VOUCHER # 165404
GL# 1102
AMT# 169.34
/\/|^

To pay by credit card please fill in and fax to 248 269 761

Card #:
Expires on:          Card Type:

Signature:          Date:

Net Invoice:        159.75
Less Discount:        0.00
Freight:              0.00
Sales Tax:            9.59
Invoice Total:      169.34

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Detroit   Houston   New York City   Troy
www.c2legal.com