UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARTRON CORPORATION,　　　　　　　　CASE NO. 06-CV-10683-DT
　　　　　　　　　　　　　　　　　　　　HON. LAWRENCE P. ZATKOFF
　　　Plaintiff/Counter-Defendant,

vs.

BORG INDAK, INC.,

　　　Defendant/Counter-Plaintiff.

　　　　　　　　　　　　　　　　　　　/

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulated Dismissal with Prejudice, the Court hereby ORDERS that this cause of action be DISMISSED WITH PREJUDICE.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　S/LAWRENCE P. ZATKOFF
　　　　　　　　　　　　　　　　　　　LAWRENCE P. ZATKOFF
Dated: October 5, 2012　　　　　　　　UNITED STATES DISTRICT JUDGE


S:\Zatkoff\Marie ECF\06-10683.nartron.order of dismissal.wpd